Christopher M. Trotter #55943
**Name**

P.O Box 311

El Dorado, KS 67042
**Address**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Christopher Milton Trotter, Plaintiff
*(Full Name)*

v.

Thomas Williams (Warden), Defendant(s)

At El Dorado Correctional Facility

Sarah Madgwick, LCMFT
Health Services Administrator-EDCF for Centurion

CASE NO. 22-3285-JWL-JPO

*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Christopher M. Trotter, is a citizen of United States
   *(Plaintiff)*                                        *(State)*
   who presently resides at El Dorado Correctional Facility
   P.O Box 311, El Dorado Kansas, 67042.
   *(Mailing address or place of confinement)*

2) Defendant Thomas Williams is a citizen of
   *(Name of first defendant)*
   El Dorado, Kansas , and is employed as
   *(City, State)*
   Warden . At the time the claim(s)
   *(Position and title, if any)*
   alleged in this complaint arose, was this defendant acting under the color of
   state law?  Yes ☒   No ☐   If your answer is "Yes", briefly explain:
   As the Warden of El Dorado Correctional Facility

XE-2 8/82           CIVIL RIGHTS COMPLAINT §1983

3) Defendant **Sarah Madgwick** is a citizen of
   (Name of second defendant)
   **El Dorado, Kansas**, and is employed as
   (city, state)
   **LCMFT - Health Services Administrator** At the time the claim(s)
   (Position and title, if any)   **ENCF**
   alleged in this complaint arose was this defendant acting under the color of state law?   Yes ☒   No ☐. If your answer is "Yes", briefly explain:
   **As the Health Services Administrator for EDCF for Centurion**

(Use the back of this page to furnish the above information for additional defendants.)

51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

**Please see attach pages 2.A**

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: To be free from cruel and usual punishment by being given the wrong medication, causing me not to be able to urinate for over 42 hours.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Please see attach 2.A pages.

B)(1) Count II: _____

_____

_____

(2) Supporting Facts:

C) (1) Count III: _____

_____

_____

(2)   Supporting Facts:

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

   d) Issues raised _____

e)  Approximate date of filing lawsuit_____

f)  Approximate date of disposition_____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C ☒ Yes ☐ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Please see attach exhibt 3.A for the results of Administrative relief.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Due to the pain and suffering I had to endure for over 42 hours. Along with the mental stress this has cause me from the fear of the damage this has done to my body. An the lack of medical care from Centurion. I believe I am entitled to a $100,000 for my pain and suffering.

_____     *Christoph M. Tros*
Signature of Attorney (if any)              Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at ___El Dorado Correctional facility___ on ___November 1___, 20_22_
       *(Location)*       *(Date)*

_____
     *(Signature)*

2.A.

On Saturday 8-27-22 at evening meds. The nurse came to my cell B1-230 to passout my meds to me. I notice that the pills she was giving to me was different from the usual pills I normally take. The pills she gave to me was of a oval shape like a football shape, with the color being slightly darker. The pill I normally take are circular shape and bright white. By the pills the nurse gave to me being a different shape and color. It instantly caught my attention. I asked the nurse what medication is this. Because the pills look different, from what I normally take. She inform me that she did not know, But the pills are most likely just a different generse verison of the medication. I ended up taking the pills that I was given by the nurse on 8-27-22. A little after 7 p.m. The pills that I was given cause my bladder to lock-up, making me not being able to urinate at all for over 42 hours! I put in a sick call on Sunday night 8-28-22. On Monday afternoon 8-29-22, I was finally seen by a nurse from Centurion. I explain to her that it has been almost 41 hours, since I last urinated. Since taking the pills that the nurse gave to me on 8-27-22. I explain to

2.A

the nurse at sick call that I notice that the medication I was given was different from what I normally take at evening med line. She asked how long have I been on this medication and, have this ever happen before. I told her I had been taking this medication for over a month. An I have never had any problems with urinating before. The nurse at sick call told me, she would be putting me in for labs. A.S.A.P to see just what medication I was given to make sure no damage was done long-term. Its been over two months since this incident and I still have not been given any labs or any follow up by Centurion to see exactly what cause me not to be able to urinate for over 42 hours. The sick call nurse on Monday 8-29-22 made several phone calls, trying to find someone that could give me a catheral to help relieved the extreme pain I was in. I was told by the nurse they would come and get me when she found someone that could help me. I was then escorted back to my cell, still in pain from not being able to urinate. One hour later I was escorted from my cell to the clinic where I was then given the catheral to

2.A.

help relieve the pain I was in from not being able to urinate for over 42 hours.

3, A - Administrative relief



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Tommy Williams, Warden

Date: SEP 2 3 2022

To: Trotter, Christopher #55943 B1-230

Subject: Grievance dated 9/4/22, CA22699

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by S. Madgwick, Centurion is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
   Offender
   UTM J. Hoepner
   S. Madgwick, Centurion

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name: Christopher M. Trotter   Number: SS943
Facility: E.D.C.F.   Housing Unit: B1-230   Work Detail: SEG

RECEIVED SEP 06 2022 Medical Records EDCF 04552

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

See attached paperwork

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 9-4-22

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

X Forwarded to medical for response X.

_____
Unit Team Signature    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). 9-13-2022

Inmate Signature    Date 8-13-22

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received: SEP 16 2022   Date of Final Answer: SEP 23 2022   Date Returned to Inmate: _____

Inmate's Signature: Christoph M Trott   Date: 8-9-22   Unit Team Signature _____ Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number: CA22699
Type of Complaint (Item 4: Code 01-75): 02
Cause of Complaint (Item 5: Code 01-30): 07
Type of Response (Item 6a: Code 01,02,08 or 09): 08

RECEIVED SEP 16 2022 WARDEN'S OFFICE

3.A

**EL DORADO CORRECTIONAL FACILITY-SEU**
**CENTURION**

**INTERDEPARTMENTAL MEMORANDUM**

**DATE:** 7 September 2022

**SUBJECT:** Grievance
**INMATE:** Christopher Trotter #55943
**FROM:** Sarah Madgwick, LCMFT Health Services Administrator

**NATURE OF COMPLAINT:** Mr. Trotter complains of being given a medication during med pass that was "different from the usual pills". Mr. Trotter reports taking the pills and reports the medication caused him to be unable to urinate for more than 42 hours.

**FINDING OF FACT:** Per file review, Mr. Trotter did submit sick call on 8/29/22 stating he had "not been able to urinate in over 24 hours". Mr. Trotter reported during sick call encounter he had noticed his BH pill was a different color and shape from normal but was informed by med aide informed him it was the same medication but different manufacturer. Mr. Trotter reported feeling that the medication was the source of him being unable to urinate. There is no report of the medication being incorrect and Mr. Trotter has not given a description of the medication. Per consultation with Site Medical Director, if generic was from different company, the medication can vary slightly and side effects can be different from one manufacturer to another. Mr. Trotter has not provided a description of the medication to date to determine what medication he took. Mr. Trotter was treated for retention of urine by catheterization.

**CONCLUSIONS MADE:** Per file review, Mr. Trotter was treated as soon as he reported this issue.

**ACTION TAKEN:** None. Continued plan of care.

_____
Sarah Madgwick, LCMFT – Health Services Administrator EDCF

S.A

On 8-27-22 at evening meds. The nurse came to my cell B1-230 to passout my evening meds to me. I notice that the pills she was givening to me was different from the usual pills I normally takes. I asked the nurse what medication is this. Because the pills was different. She told me that she did'nt know, but its most likely just a different generic verison of the medication. I ended up taking the pills on 8-27-22 a little after 9 p.m. The pills that I was given cause my bladder to lock-up making me not being able to urinate at all! After not being able to urinate for over 24 hours! I put in a sick call on 8-28-22. On 8-29-22 I was finally seen by a nurse from Centurion. I explain to her that it has been almost 41 hours at that point since I last urinated since taking the pills that the nurse gave to me on 8-27-22. The nurse on 8-29-22 then made some calls to see about getting me a emergency catheral to help relieved the pain I was in. I was given the catheral about 1 hour later making it 42 hours since I last was able to urinate! Since being giving the wrong medication!

J.A

# Health Services Request Form

| | For Medical Use Only / Sólo para uso médico |
|---|---|
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): Christopher [illegible]
Date of Request: [illegible]
ID #: [illegible]     Date of Birth (Fecha de nacimiento): [illegible]
Housing Location (Ubicación de la vivienda): B1 230
Nature of problem or request (Naturaleza del problema o solicitud): [illegible]

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: _____   ☐ Routine   ☐ Urgent   ☐ Emergent
Date: _____   Time: _____
Date of Face-to-Face Visit: _____
Other: _____

Response Recommendation (to be completed by Medical Staff only)
Initial          ☒ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment      ☒ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge       ☒ $2.00
Comments: [illegible handwriting]

_____     _____
Staff Signature                      Date

Centurion: REC-013KS
07/01/2020

centurion